# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 21 HEALTH AND WELFARE FUND,** *et al.* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 18-3480** |
| **SERVICE PAINTING, INC.,** *et al.* | : | |

## ORDER

**AND NOW**, this 13th day of November 2018, upon considering Plaintiffs' unopposed Motion to reopen (ECF Doc. No. 14) our October 16, 2018 Order (ECF Doc. No. 13), finding good cause, and for reasons in the accompanying memorandum, it is **ORDERED** Plaintiffs' unopposed Motion (ECF Doc. No. 14) is **GRANTED**:

1. The Clerk of Court shall **reopen** and **remove** this case from the suspense docket although claims against Service Painting, Inc. remain stayed under 11 U.S.C. § 362(a) until further Order;

2. We shall presently proceed only on the damages hearing arising from Nick Garavelas' default (ECF Doc. No. 5);

3. Plaintiff shall forthwith serve this Order upon Service Painting, Inc. and the United States Trustee under Fed. R. Civ. P. 5;

4. Plaintiff shall serve this Order upon Mr. Garavelas by hand delivery or overnight mail, signature required, no later than **November 15, 2018**, with proof of service filed no later than **November 19, 2018**; and,

5. The Court shall hold a hearing to determine the precise amount of damages relating to Nick Garavelas and address any defenses on **Friday, December 14, 2018** at **9:00 a.m.** in **Courtroom 6B**; and,

6. Plaintiff shall file status reports regarding the ongoing bankruptcy of Service Painting, Inc. under paragraph 3 of our October 16, 2018 Order (ECF Doc. No. 13).

_____
KEARNEY, J.